IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ORTIZ,

        Plaintiff,                       No. CIV S-08-1096 GEB DAD P

    vs.

VOGEL, et al.,

        Defendants.            ORDER

                                /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.[1]  In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged violations took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

---

[1] Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee.

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721

9  DATED: May 28, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

13  DAD:kc
    orti1096.22fn